THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD RIVEIRA, JR., et al., | CASE NO. C18-1211-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SCOTT DRESCH, in his individual capacity, and DOES 1-10, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an order extending Defendant Dresch's response deadline in this case (Dkt. No. 30). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. The deadline for Defendant Dresch to respond to the amended complaint is hereby EXTENDED to March 17, 2019. The parties are ORDERED to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) by March 5, 2019.

//
//
//

MINUTE ORDER
C18-1211-JCC
PAGE - 1

1       DATED this 15th day of February 2019.

2                                         William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1211-JCC
PAGE - 2